UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____

In Re:                                                          Case No.: 19-40395-ess
                                                                Chapter 11
Alberto Roman,
                    Debtor.                                     Assigned to:
                                                                Hon. Elizabeth S. Stong
                                                                Bankruptcy Judge
_____

### ***IN REM* ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**

Upon the motion of Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-6, (the "Movant") dated February 11, 2019 (the "Motion"), for an order pursuant to 11 U.S.C. § 362(a), lifting and vacating the automatic stay with respect to the property located at 34-26 10 Street, Astoria, NY 11106 (the "Property"), and the Motion having come before this Court March 14, 2019, at which counsel for Movant appeared, and there being no opposition to the Motion, it is hereby

**ORDERED**, that the automatic stay in effect pursuant to 11 U.S.C. section 362(a), is hereby ~~terminated~~ ***modified*** pursuant to 11 U.S.C. § 105(a) and § 362(d)(4)(B) granting *in rem* relief as to the Property, the legal description of which being attached hereto as **Exhibit 'A'**, as to Movant, its agents, assigns or successors in interest, so that Movant, its agents, assigns or successors in interest, may ~~take any and all action~~ ***pursue their rights*** under applicable ~~state~~ law ~~to exercise its remedies against~~ ***with respect to*** the Property; and it is further

**ORDERED**, that the automatic stay under 11 U.S.C. § 362(a) is ~~terminated~~ ***modified*** pursuant to 11 U.S.C. § 362(d)(4)(B) as to Movant's interest in the Property such that if this Order is recorded in compliance with applicable State laws governing notices of interests or liens in real property, it shall be binding in any other case filed by any party under the Bankruptcy Code purporting to affect the Property that is filed not later than 2 years after the date of entry of this Order; and it is further

**ORDERED**, that the Trustee retain any and all interest that said Trustee may have in any surplus monies that may be produced from a ~~foreclosure~~ sale of the property, and will be noticed of any such sale of the property and surplus money proceedings.

Dated: Brooklyn, New York
March 28, 2019

_____
Elizabeth S. Stong
United States Bankruptcy Judge